Name, Address and Phone number of Attorney(s):
Jeffrey S. Renzi (State Bar No. 221963)
Squire, Sanders & Dempsey, L.L.P.
555 South Flower Street, Suite 3100
Los Angeles, California 90071-2300
Tel: (213) 624-2500; Fax (213) 623-4581

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| General Electric Medical Systems Europe | CASE NUMBER |
|---|---|
| Plaintiff(s) v. | 2:08-CV-02632-AHS-JTL |
| Prometheus Health Imaging, Inc., et al. Defendant(s). | ORDER TO APPEAR FOR EXAMINATION RE: ☑ ENFORCEMENT OF JUDGMENT ☐ ATTACHMENT(Third Person) ☑ Judgment Debtor ☐ Third Person |

The Court, having considered the Application for Appearance and Examination Re: Enforcement of

Judgment/Attachment, hereby **ORDERS** the Application ☐ **GRANTED** ☐ **DENIED.**

TO: Dr. Munir Uwaydah
*(Name of person to Appear)*

**YOU ARE ORDERED TO APPEAR** personally before this Court, to:

☑ furnish information to aid in enforcement of a money judgment against you.
☐ answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
☐ answer concerning property of the defendant in your possession or control concerning a debt you owe the defendant that is subject to attachment.

| Date of appearance: | January 28, 2010 | Time: 10:00 a.m. |
|---|---|---|
| **Place of Appearance:** | ☒ Spring Street Courthouse, 312 N. Spring Street, Los Angeles, CA ☐ Roybal Courthouse, 255 E. Temple, Los Angeles, CA ☐ Santa Ana Courthouse, 411 W. Fourth Street, Santa Ana, CA ☐ Riverside Courthouse, 3470 Twelfth Street, Riverside, CA | |
| **Courtroom Number:** | | |

This Order may be served by a Marshal, sheriff, registered process server, or the following, specially appointed person: _____
*(Name of appointed process server)*

Date: Nov. 19, 2009

Alicia G. Rosenberg
U.S. District Judge/U.S. Magistrate Judge

---
CV4P ORDER (02/08)
**ORDER ON APPLICATION FOR APPEARANCE AND EXAMINATION**
(Attachment-Enforcement of Judgment)
Page 1 of 2