Name, Address and Phone number of Attorney(s):
Jeffrey S. Renzi (State Bar No. 221963)
Squire, Sanders & Dempsey, L.L.P.
555 South Flower Street, Suite 3100
Los Angeles, California 90071-2300
Tel: (213) 624-2500; Fax (213) 623-4581

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

General Electric Medical Systems Europe

Plaintiff(s)

v.

Prometheus Health Imaging, Inc., et al.

Defendant(s).

CASE NUMBER

2:08-CV-02632-AHS-AGR

**ORDER**
**TO APPEAR FOR EXAMINATION RE:**
☑ **ENFORCEMENT OF JUDGMENT**
☐ **ATTACHMENT(Third Person)**

☑ **Judgment Debtor** ☐ **Third Person**

The Court, having considered the Application for Appearance and Examination Re: Enforcement of Judgment/Attachment, hereby **ORDERS** the Application ☐ **GRANTED** ☐ **DENIED.**

**TO:** Dr. Munir Uwaydah
*(Name of person to Appear)*

**YOU ARE ORDERED TO APPEAR** personally before this Court, to:

☑ furnish information to aid in enforcement of a money judgment against you.
☐ answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
☐ answer concerning property of the defendant in your possession or control concerning a debt you owe the defendant that is subject to attachment.

**Date of appearance:** September 14, 2010 **Time:** 10:00 a.m.

**Place of Appearance:**
☒ Spring Street Courthouse, 312 N. Spring Street, Los Angeles, CA
☐ Roybal Courthouse, 255 E. Temple, Los Angeles, CA
☐ Santa Ana Courthouse, 411 W. Fourth Street, Santa Ana, CA
☐ Riverside Courthouse, 3470 Twelfth Street, Riverside, CA

**Courtroom Number:** ____________

This Order may be served by a Marshal, sheriff, registered process server, **or** the following, specially appointed person: ____________
*(Name of appointed process server)*

Date: July 12, 2010

Alicia G. Rosenberg
U.S. District Judge/U.S. Magistrate Judge

## APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)

**NOTICE TO JUDGMENT DEBTOR: If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.**

## APPEARANCE OF A THIRD PERSON (ENFORCEMENT OF JUDGMENT)

**(1) NOTICE TO PERSON SERVED: If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.**

**(2) NOTICE TO JUDGMENT DEBTOR: The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt. This property or debt is as follows: (*Clearly describe the property or debt. Print or type the description. Use an additional sheet of paper, if necessary.)***

**If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you MUST file your exemption claim *in writing* with the court and have a copy personally served on the judgment creditor not later than three (3) days before the date set for the examination.**

**You MUST appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.**

## APPEARANCE OF A THIRD PERSON (ATTACHMENT)

**NOTICE TO PERSON SERVED: If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.**

## APPEARANCE OF A CORPORATION, PARTNERSHIP, ASSOCIATION, TRUST OR OTHER ORGANIZATION

**It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents or other persons who are familiar with your property and debts.**

## PROOF OF SERVICE

The undersigned certifies and declares as follows:

I am a resident of the State of California and over 18 years of age and am not a party to this action. My business address is 555 South Flower Street, 31st Floor, Los Angeles, California 90071, which is located in the county where any non-personal service described below took place.

On July 12, 2010, a copy of the following document(s):

**ORDER TO APPEAR FOR EXAMINATION RE: ENFORCEMENT OF JUDGMENT**

☐ **By U.S. MAIL, According to Normal Business Practice.** On this date, I sealed the above document(s) in an envelope addressed to the above, and I placed that sealed envelope for collection and mailing following ordinary business practices, for deposit with the U.S. Postal Service. I am readily familiar with the business practice at my place of business for the collection and processing of correspondence for mailing with the U.S. Postal Service.

☒ **By E-mail.** By Electronic Means. On the above date, I filed the above-mentioned document(s) by electronic means with the Court. As such, the Court electronically mailed such document.

Steven H. Gardner, Esq.
Steven H. Gardner, P.C.
9100 Wilshire Blvd., #517E
Beverly Hills, CA 90212
Tel: (310) 246-2300
Fax: (310) 246-2328
sgardner@sgardnerlaw.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I declared that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 12, 2010, at Los Angeles, California.

/s/ *Phannie Tsui*
Phannie Tsui